```
         IN THE UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF ALABAMA
                   NORTHERN DIVISION


GRIBRITTER TAYLOR, on behalf of :
K.T., a minor,                  :
                                :
     Plaintiff,                 :
                                :
vs.                             :   CIVIL ACTION 11-0710-M
                                :
MICHAEL J. ASTRUE,              :
Commissioner of Social Security,:
                                :
     Defendant.                 :
```

JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that JUDGMENT be entered in favor of Defendant Michael J. Astrue and against Plaintiff Gribritter Taylor on behalf of K.T.

DONE this 26th day of July, 2012.

s/BERT W. MILLING, JR.
UNITED STATES MAGISTRATE JUDGE