IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

```
GRIBRITTER TAYLOR, on behalf of  :
K.T., a minor,                   :
                                 :
     Plaintiff,                  :
                                 :
vs.                              :   CIVIL ACTION 11-0710-M
                                 :
MICHAEL J. ASTRUE,               :
Commissioner of Social Security, :
                                 :
     Defendant.                  :
```

JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that JUDGMENT be entered in favor of Defendant Michael J. Astrue and against Plaintiff Gribritter Taylor on behalf of K.T.

DONE this 26th day of July, 2012.

s/BERT W. MILLING, JR.
UNITED STATES MAGISTRATE JUDGE